UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GERALD HODGES,
    Plaintiff,

vs.                              Case No.: 1:25cv107/MW/ZCB

JASON RHODES, et al.,
    Defendants.
_____/

## **ORDER**

Plaintiff, a prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action, has filed two motions requesting that his deposition be stayed. (Docs. 66, 67). The two motions will be denied for the same reasons explained in the Court's prior order (Doc. 69)—namely, that Plaintiff has no constitutional right to appointed counsel and the Court has already authorized Plaintiff to be deposed under Rule 30(a)(2)(B). (*See* Doc. 69). Plaintiff is once again reminded that he must comply with requested discovery or else he may face sanctions including dismissal. *See Amaechi v. Geico*, No. 5:20cv442, 2022 WL 4134733, at *4-5 (M.D. Ga. Sept. 12, 2022) (noting that "*pro se* litigants must conform to procedural rules" and that failing to comply in discovery is grounds for sanctions

1

including dismissal (cleaned up)), *aff'd*, No. 22-13450, 2024 WL 710546 (11th Cir. Feb. 21, 2024).

Accordingly, it is **ORDERED** that Plaintiff's motions (Docs. 66, 67) are **DENIED**.

**DONE AND ORDERED** this 5th day of May 2026.

/s/ *Zachary C. Bolitho*

Zachary C. Bolitho
United States Magistrate Judge