UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GERALD HODGES,
        Plaintiff,

vs.                                          Case No.: 1:25cv107/MW/ZCB

JASON RHODES, et al.,
        Defendants.
_____/

## ORDER

Plaintiff, a prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action, has filed a motion asking for leave to "write/contact or interview" seven non-party individuals including several prisoners. (Doc. 65). The Court believes it would benefit by hearing from Defendants before ruling on Plaintiff's motion.

Accordingly, it is **ORDERED** that Defendants must respond to Plaintiff's motion (Doc. 65) **on or before May 12, 2026**.[1]

**DONE AND ORDERED** this 5th day of May 2026.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

---

[1] The Court is expediting Defendants' response deadline given the current discovery deadline of May 25, 2026. (Doc. 53 at 1).

1