UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GERALD HODGES,
     Plaintiff,

vs.                                                           Case No.: 1:25cv107/MW/ZCB

JASON RHODES, et al.,
     Defendants.

_____/

**<u>ORDER</u>**

Plaintiff, a prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action, has filed two motions to compel regarding discovery requests sent to Defendant Peeks. (Docs. 73, 74).[1]  Given the impending May 25, 2026, discovery deadline (Doc. 53 at 1), the Court will require Defendant Peeks to expedite his response to Plaintiff's motions.

Accordingly, it is **ORDERED** that Defendant Peeks must respond to Plaintiff's motions to compel (Docs. 73, 74) within **seven days** of the date of this order.[2]

---

[1] Plaintiff appears to have submitted the discovery requests at issue. (Docs. 72, 75).

[2] If Defendant Peeks has responded to the discovery requests at issue, the Court would benefit from Defendant Peeks attaching copies of those documents as exhibits to his response to Plaintiff's motions to compel.

1

2

**DONE AND ORDERED** this 8th day of May 2026.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

2