# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

**GERALD HODGES,**

   *Plaintiff,*

**v.**          **Case No.: 1:25cv107-MW/ZCB**

**SERGEANT J. RHODES, et al.,**

   *Defendants.*

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 84, and has also reviewed *de novo* Defendant Krause's objections, ECF No. 97. As noted in the report and recommendation, the Magistrate Judge recommends denying Defendant Krause's motion to dismiss for failure to state a claim inasmuch as Plaintiff's allegations state a plausible claim for failure to intervene against Defendant Krause. In response to this recommendation, Defendant Krause, for the first time, raises the issue of qualified immunity. However, Defendant Krause's motion to dismiss was based solely on whether Plaintiff's allegations state a plausible claim for relief and makes no reference to qualified immunity. This Court agrees with the Magistrate Judge's recommendation and adopts it in full. This, of course, does not mean this Court has ruled on the issue of

qualified immunity. Defendant Krause is free to properly raise the issue at a later stage in this proceeding.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 84, is **accepted and adopted**, over Defendant Krause's objections, as this Court's opinion. Defendant Krause's motion to dismiss for failure to state a claim, ECF No. 54, is **DENIED**. This case is remanded to the Magistrate Judge for further proceedings.

**SO ORDERED on June 2, 2026.**

**s/Mark E. Walker**
**United States District Judge**

2