UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GERALD HODGES,
     Plaintiff,

vs.

                                   Case No.: 1:25-cv-107-MW-ZCB

JASON RHODES, et al.,
     Defendants.

_____/

## <u>ORDER</u>

This is a *pro se* prisoner civil rights case brought under 42 U.S.C. § 1983. On May 15, 2026, Plaintiff filed a motion to compel regarding discovery requests served on Defendant Rhodes. (Doc. 87). In response, Defendant Rhodes states that discovery responses were sent to Plaintiff's classification officer and Plaintiff directly for viewing. (Doc. 119).[1] Because Defendant Rhodes has responded to the discovery requests, Plaintiff's May 15, 2026, motion to compel (Doc. 87) will be denied as moot.[2]

---

[1] On July 6, 2026, the Court ordered Defendant Rhodes to respond to the motion to compel (Doc. 87) within fourteen days. (*See* Doc. 117).

[2] Plaintiff is not entitled to an award of expenses under Rule 37 because there is no indication that Plaintiff attempted to obtain the discovery without Court action or conferred with Defendants prior to filing the motion to compel. *See* Fed. R. Civ. P. 37(a)(5)(A)(i), (d)(1)(B). And it

Accordingly, it is **ORDERED** that Plaintiff's May 15, 2026, motion to compel (Doc. 87) is **DENIED as moot**.

**SO ORDERED** this 8th day of July 2026.

/s/ *Zachary C. Bolitho*

Zachary C. Bolitho
United States Magistrate Judge

---

appears Defendant Rhodes had already responded to Plaintiff's discovery requests prior to Plaintiff filing his motion to compel on May 15, 2026—thereby precluding an award of expenses under Rule 37(a). (Doc. 119 at 2) (noting a response to the discovery request "has already been submitted to plaintiff"); *see* Fed. R. Civ. P. 37(a)(5)(A) ("If the motion is granted—or if the . . . *requested discovery is provided after* the motion was filed—the court must . . . require the party or deponent whose conduct necessitated the motion, the party or attorney advising that conduct, or both to pay the movant's reasonable expenses incurred in making the motion . . . ." (cleaned up and emphasis added)).