**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

**GERALD HODGES,**

***Plaintiff*,**

**v.** **Case No.: 1:25cv107-MW/ZCB**

**JASON RHODES, et al.,**

***Defendants*.**

______________________________/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 150. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 150, is **accepted and adopted** as this Court's opinion. Plaintiff's "Filing Alteration Notice," ECF No. 149, construed as a motion for preliminary injunction, is **DENIED**. This case is referred back to the Magistrate Judge for further proceedings.

**SO ORDERED on November 18, 2026.**

**s/Mark E. Walker**
**United States District Judge**